THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HENRY C. ELFAST and Another, Individually and as Copartners, etc., Defendants. ARTHUR C. SON FRISK, Individually and as Liquidator of ELFAST, FRISK & COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse.

JOHN J. LEVY, Appellant, v. JOHN FRANCIS STRAUSS, JR., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK N. RUBIN, Appellant.— Judgment unanimously affirmed under the provisions of section 542 of the Code of Criminal Procedure. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

RUTH W. BOWERS, Respondent, v. RAY BOWERS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Discovery Proceedings under Section 206-a of the Surrogate's Court Act, on Behalf of ESTELLE WERNER, Appellant, against WILLIAM C. REID and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Callahan, J., dissents: A petitioner in a proceeding under section 206-a of the Surrogate's Court Act is entitled as a matter of right to a jury trial of the issues raised by the executors concerning title to the property sought to be recovered. To the extent that such issues are raised by the present pleadings, the demand was proper and should have been permitted to stand. (See Matter of Ratz, 249 App. Div. 624.)

PAGANO, INC., Appellant, v. THE CITY OF NEW YORK and JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Order entered March 8, 1940, as resettled by an order entered April 2, 1940, unanimously affirmed, with ten dollars costs and disbursements. The case should be submitted to another judge upon the original record, on the written stipulation of counsel for both parties. Order entered March 21, 1940, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

PRIMROSE HOUSE, INC., Respondent, v. GEORGE H. LEIGH and LEVIN RANK, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and grant judgment for defendants.